# AFFIDAVIT OF SERVICE

| Case:<br>1:21-CV-04171-ENV-SJB | Court:<br>UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | County: | Job:<br>6107105 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>EMMANUEL COOPER | | Defendant / Respondent:<br>THE CITY OF NEW YORK; THE NEW YORK CITY TRANSIT AUTHORITY; NEW YORK CITY TRANSIT AUTHORITY POLICE DETECTIVE JAMES E. YOUNG ET AL. | |
| Received by:<br>Undisputed Legal | | For:<br>Law office of Thomas Hoffman PC | |
| To be served upon:<br>THE NEW YORK CITY TRANSIT AUTHORITY | | | |

I, Mohammed Kandeel, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** "Jane Doe" (refused name), 130 LIVINGSTON STREET, BROOKLYN, NY 11201
**Manner of Service:** Business, Sep 10, 2021, 4:08 pm EDT
**Documents:** SUMMONS IN A CIVIL ACTION; COMPLAINT; EXHIBITS A-F

**Additional Comments:**
1) Successful Attempt: Sep 10, 2021, 4:08 pm EDT at 130 LIVINGSTON STREET, BROOKLYN, NY 11201 received by "Jane Doe" (refused name). Age: 40-50; Skin Color: African American; Gender: Female; Weight: 175; Height: 5'4"; Hair: Black; Stated she is authorized to accept.

_____    9.13.21
Mohammed Kandeel                   Date
2094589

Undisputed Legal
590 Madison Ave 21st floor
New York, NY 10022

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public

9.13.21
_____
Date                Commission Expires

BRIAN B. RICKS
Notary Public, State of New York
Reg. No. 01RI6383781
Qualified in New York County
Commission Expires Nov. 26, 2022