# EXHIBIT C

# Rico Sanchez's Attempted Murder Case Records Disclosed By The KCDA In 2019

**SLEVIN, JOYCE**

| | |
|---|---|
| **From:** | SLEVIN, JOYCE |
| **Sent:** | Thursday, December 19, 2019 7:53 PM |
| **To:** | Thomas Hoffman, Esq. |
| **Subject:** | Emmanuelle Cooper |
| **Attachments:** | Sanchez, Rico-92K060217.pdf; Sanchez, Rico-92K060217-II.pdf |

Re:  <u>People v. Emmanuelle Cooper</u>
Kings County Indictment No. 427/93

Mr. Hoffman,

   Pursuant to our telephone conversation, I am providing you with documents from the People's file in the case of <u>People v. David Sanchez</u> (aka Rico Sanchez), Docket No. 92K060217.  Let me know if you have any questions.

Regards,
Joyce Slevin

Joyce Slevin
Assistant District Attorney
Deputy Chief - Appeals Bureau
Kings County District Attorney's Office
350 Jay Street
Brooklyn, New York  11201
718-250-2531
slevinj@brooklynda.org
fax: 718-722-4319

**DA-0334**

```
+------------------------------------------------------------------------------+
| NEW YORK CITY POLICE DEPT ARREST REPORT RUN DATE 12/04/92 RUN TIME 05:50:42|
+------------------------------------------------------------------------------+
*******************************************************************************
| DEFENDANT INFORMATION                            ARREST ID: K92065421       |
| NAME:SANCHEZ       DAVID      SEX:M RACE:WHITE HIS DOB:11/12/68 AGE: 24|
| AKA: _____ CITZ? YES POB:NEW YORK           PHONE:(___)___-____|
|                                                                              |
| ADDR: 1314   BLAKE AVE   BKLYN      NY      RES PCT: 075                     |
| SKIN TONE: MEDIUM HGT: 5-08 WGT: 160 EYE COLOR: BROWN  HAIR COLOR:BLACK     |
| SOC STATUS: SINGLE     SOC SEC #: ___-__-____    DEFT/VICT RELAT: NONE      |
| PHYSICAL COND: APPARENTLY NORMAL          TYPE DRUG USED: NONE              |
| OCCUPATIONAL AREA: NONE                                                      |
| LICENSE/PERMIT-TYPE(EXC DRIVER/OPR/REG): _____ NO: _____     |
| CALLS: NO:_____ NAME: _____ NO:_____ NAME: _____ |
|                                                                              |
| ORACLE# 28550934 NYSID# _____ FAX# _____ ARR.PROC: PRINTS FAXED TO DC |
|                                                                              |
|                              SANCHEZ                                         |
|                                                                              |
*******************************************************************************
| NARRATIVE: AT T/P/O PERP DID FIRE "ONE" SHOT AT COMPL STRIKIN               |
|            COMPL. VEH.                                                       |
|            _____            |
*******************************************************************************
| CHARGES INFORMATION                                                         |
|              ATT   LAW    SEC SUB   CLS TYPE CTS        DESCRIPTION          |
| TOP CHARGE--> | Y | PL | 125.25 02 | F | A | 02 | MURDER 2                  |
| TOTAL CHARGES | N | PL | 265.09 02 | F | B | 02 | CRM USE F/ARM-1           |
| COUNT = 06    | N | PL | 265.03 00 | F | C | 01 | CRIM POS WEAP-2           |
|               | N | PL | 145.00 01 | M | A | 01 | CRIM MISCHIEF-4           |
|               | _ | ___ | _____ __ | _ | _ | __ |                          |
*******************************************************************************
| ARREST RELATED INFORMATION          | DAT? NO                               |
|                                                                              |
| TIME 00:37 DATE 12/04/92 CMD 075    *************************************   |
| WEAPON POSS/USED:HANDGUN          ARREST LOC: C/O SHERIDAN/GLENMORE         |
| NUM OF ASSOC:00                                                              |
| PROPERTY VOUCHERS:                                                          |
|       1 NO:E894302    CMD:075 VAL:UNKNOWN    TYP:FIREARMS/WEAPONS           |
|       2 NO:A620951    CMD:075 VAL:UNKNOWN    TYP:MOTOR VEHICLE              |
|                                                                              |
*******************************************************************************
| COMPLAINANT/UF-61/VICTIM INFORMATION                                        |
| IS COMPL A CORP? NO    OR PSNY? NO   OR DISABLED? NO    TOTAL VICTIMS = 00  |
| COMPL NAME: SANTIAGO       JAVIER      SEX: _ RACE: _____ AGE:___ |
| ADDR: ████████████████           TEL NUM: ████████████                     |
| AIDED NO: _____ AIDED CMD: ___ ACC NO: _____ ACC CMD: ___                |
| UF-61: NO:026299 CMD:075 SECTOR:XX JURISDICTION: N.Y. POLICE DEPT          |
| TIME & DATE OF OCCURRENCE:     00:25  ON   12/04/92  METHOD: OTHER          |
| PREMISES:STREET                    LOCATION:SAME AS ABOVE                   |
*******************************************************************************
| ARRESTING OFFICER INFORMATION                                               |
| NAME:BONHAG       FRED   J RANK:POM TAX NUMBER: 896233   SHIELD:28807|      |
| DEPT:NYPD CMD:075 PCT CHART: OTHER              SQUAD: A2   ASSN:UNIFO|      |
|                                                                              |
| OFFICER: INJURED? NO   ASSIGNED? NO   ON DUTY? YES   IN UNIFORM? YES        |
| USED FORCE? NO  TYPE:_____ REASON:_____           |
|                                                                              |
+------------------------------------------------------------------------------+
```

**DA-0335**

People
v
Sanchez

Defendant intends to exercise his right to testify in GJ pursuant 180.80

Daniel McConrry
(718-875-8961)

DA-0337



# PROPERTY CLERK'S MOTOR
# VEHICLE/BOAT INVOICE
PD 571-147 (Rev. 2-91)-h1

## A 620951 V

CATEGORY OF PROPERTY:
- [ ] Rotation Tow *(See Reverse Side of Yellow Copy)*
- [X] Arrest Evidence
- [ ] Forfeiture
- [ ] Investigation
- [ ] Safekeeping
- [ ] Determine True Owner

DATE 12/4 19 92 Pct. 75

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Bonhag | PO | 28807 | 896233 | 75 |

| Veh. Year | Make | Model | Type | Color | Veh. Ident. No. |
|---|---|---|---|---|---|
| 85 | suzuki | sidekick | 2dr | red/gy | JS3JA21C7F4123187 |

| No. of Lic. Plates | Lic. Plate No. | Year | State | Certificate of Inspection | | | Veh./Boat Running | Boat Found Adrift |
|---|---|---|---|---|---|---|---|---|
| [X]One [ ]Two [ ]None | RWD74W | | NJ | Ser. No. | State | Yr. | [X]Yes [ ]No | [ ]Yes [X]No |

| Item | No. Of Tires | Battery | Radio | Tape Deck | Special Wheels | Wheel Covers | Keys With Vehicle |
|---|---|---|---|---|---|---|---|
| Pct. Qty. | 4 | [ ]Yes [ ]No [ ]AM | [ ]AM/FM [X]None | [ ]8Trk [ ]Cass [X]None | 0 | | [X]Ignition [ ]Trunk [ ]None |
| Pr. Clk. Qty. | | [ ]Yes [ ]No [ ]AM | [ ]AM/FM [ ]None | [ ]8Trk [ ]Cass [ ]None | | | [ ]Ignition [ ]Trunk [ ]None |

| Item | Trunk | Glove Compartment | Exterior Condition | Interior |
|---|---|---|---|---|
| Pct. | [ ]Open [X]Locked [ ]Broken | [X]Open [ ]Locked [ ]Broken | [ ]Good [ ]Fair [ ]Poor [ ]Shell | [ ]Good [ ]Fair [ ]Poor |
| Pr. Clk. | [ ]Open [ ]Locked [ ]Broken | [ ]Open [ ]Locked [ ]Broken | [ ]Good [ ]Fair [ ]Poor [ ]Shell | [ ]Good [ ]Fair [ ]Poor |

| | Additional Equipment or Accessories |
|---|---|
| Pct. Qty. | |

| | Additional Equipment or Accessories |
|---|---|
| Pr. Clk. Qty. | |

| | List Missing or Damaged Parts (Indicate Which) |
|---|---|
| Pct. Qty. | car is totaled due to fire |

| | List Missing or Damaged Parts (Indicate Which) |
|---|---|
| Pr. Clk. Qty. | |

| Location Veh./Boat Obtained | Time | Date | Personal Property Removed | Pr. Clk. Invoice No. |
|---|---|---|---|---|
| c/o Sheridan & Glenmore Ave | 0040 | 12/4/92 | [ ]Yes [X]No | A620951V |

| Alarm No. | Pct. | Complaint No. | Date Trans. | Cancelled by | Date Cancelled | Time | N.A.T.B. NTFD. | Inter-City Corres. Unit No. |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | [ ]Yes [ ]No | |

| Registered Owner Name | Address | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|---|
| Ramos, Miguel | 269 Marshall St | Patterson | NJ | | |

| Registered Owner Notified By | Rank | Shield No. | Precinct | Date | Time | How Notified |
|---|---|---|---|---|---|---|
| | | | | | | [ ]Letter [ ]Telephone |

| Vehicle Taken From | Address | City | State | Zip Code | Telephone No. |
|---|---|---|---|---|---|
| | | | | | |

| Prisoner's Last Name | First | Age | Address | City | State | Zip Code | No. of Pris. |
|---|---|---|---|---|---|---|---|
| Sanchez, David | | 23 | 1314 Blake Ave | Bklyn | NY | | 1 |

| Date of Arrest | Arrest No. | Pct. | Compl. No. | Pct. | Charge |
|---|---|---|---|---|---|
| 12/4/92 | | | 26299 | 75 | Att Muerder |

| Double Tow | Signature of Authorizing Officer | Receipt Received/Issued |
|---|---|---|
| [ ]Yes [X]No | | |

| Name of A.D.A. Requesting Vehicle be Held | Borough | Telephone No. |
|---|---|---|
| | | |

Remarks: Enter any additional details, including a description of valuable parts, accessories, etc. Briefly explain why vehicle was taken into custody.

At t/p/o above veh was used in the commission f a felony. Veh was in lot in rear of pct. When veh caught fire, unknown cause and was totaled.

[ ] CHECK IF RETURNED TO OWNER, THEN COMPLETE BACK OF WHITE OR YELLOW COPY

| Arresting/Assigned Officer Signature | Reviewing Officer | Rank | Date |
|---|---|---|---|
| | | | |

| Storage Facility | Vehicle Delivered by | Shield | Tow Truck No. | Date | Time |
|---|---|---|---|---|---|
| | | | | | |

| Received at Storage Facility by | Rank | Shield No. | Date | Time | Location at Storage Facility |
|---|---|---|---|---|---|
| | | | | | |

Attach Copy of F.A.T.N. and V.I.F. Printouts For All Vehicles
Attach Copy of Complaint Report for Arrest Evidence, Investigation or Forfeiture Cases

| Property Clerk Storage Number |
|---|
| |

## A 620951 V

DISTRIBUTION: WHITE - Prop. Clk. File,     SECOND WHITE - Inventroy Unit Copy,     YELLOW - Prop. Clk. Work Copy,
BLUE - Police Officer's Copy,     GREEN - Evidence Release/Investigation Copy,     Pink - Prisoner/Claimant Receipt Copy

# INVESTIGATIVE REPORT

FILE #: 21204.6

## DECEASED / COMPLAINANT INFORMATION

2.  (CW)          VIDEOTAPE #: _____          AUDIOTAPE #: A92-1773 _____

NAME:  JAVIER SANTIAGO _____          AGE: 20      DOB: ▮▮▮▮▮ _____

ADDR.: ▮▮▮▮▮ _____ . APT.#: _____

CITY: ▮▮▮▮▮ _____          STATE: NY _____          ZIP CODE: _____

TEL.#: ▮▮▮▮▮ _____          BEEP.#: _____

ID DEF.: _X_ YES    __ NO    __ POINT-OUT    __ PHOTO    __ LINE-UP    __ SHOW-UP    __ SHOW-UP

**CONDITION:**

DECEASED    __ YES  _X_ NO          __ RMA                    __ T&R                    __ ADMITTED

HOSPITAL    __ YES  _X_ NO          HOSPITAL NAME: : _____

DOCTOR    __ YES    __ NO          DOCTOR'S NAME: _____

DIAGNOSIS: _____

**CONTACT:**    ( N / A if deceased )

SSN: ▮▮▮▮▮ _____    WEL. #: _____    OFFICE: _____

SCHOOL / EMP. NAME: _____    TEL.#: _____

SCHOOL / EMP. ADDRESS: ▮▮▮▮▮ _____

          CITY: ▮▮▮▮▮ _____          STATE: _____    ZIP CODE: _____

2ND CONTACT: _____    TEL.#: _____

2ND CONTACT ADDRESS: _____

          CITY: _____          STATE: _____    ZIP CODE: _____

**DA-0339**

## INVESTIGATIVE REPORT

FILE #:  21204.6

### RECKLESS ENDANGERMENT/CRIMINAL MISCHIEF - SHOOTING AT CAR

FACTS:

Complaining witness Santiago was driving C/W Muniz's car on Crescent when defendant Sanchez leaned out the driver's side window of defendant's parked jeep and fired a shotgun, which struck the passenger side of C/W Muniz's car just in front of the passenger window, hitting the antennae and the hood, causing mininal damage to hood.

Defendant then made a U-turn, and drove away.  Complaining witness Santiago circled the block, attempting to follow defendant.

Police Officer Bonhag observed defendant driving erratically on Crescent, and make several evasive turns before P.O. pulled defendant over. After defendant was stopped, C/W pulled up and told police that defendant shot at C/W Muniz's car.  No gun in defendant's jeep.

Police Officer Bonhag then backtracked defendant's route with C/W Santiago.  Police Officer Bonhag observed a car on Hill Street with a broken rear window.  Inside of back window on deck was a shotgun.  Police Bonhag inspected gun (a single barrel shotgun) and noted that it was warm and smoking as if recently fired; one spent shotgun shell inside. Complaining witness Santiago identified the gun as the gun used, as described above.

* Complaining witnesses Santiago and Muniz state that the jeep had followed them starting at about 6:00 p.m. on 12/3/92, all through Brooklyn and into Queens, and back into Brooklyn.

STATEMENTS:

Audio taped statement (A92-1773) of C/W Javier Santiago taken at 81 Pct. by ADAs Dodson and Lombardi at 3:40 p.m.  Also present P.O. Bonhag (approximately length 10-15 minutes).

Oral statement of C/W Cynthia Muniz taken at 81 Pct. by ADA Dodson and Lombardi at 4:15 p.m.  Also present P.O. Bonhag (approximately length:  10 minutes).

Video statement (Tape #R920824) of defendant David Sanchez taken at 81 Pct. by ADAs Dodson and Lombardi.  Also present:  P.O. Bonhag and KCDA Video Technician Ronald Nelson (approximate length:  15 minutes).  Miranda

## INVESTIGATIVE REPORT

<u>FILE #:  21204.6</u>

ALSO:  See 710.30(1)(a) notice.

IDENTIFICATION:  Defendant was identified as shooter by C/W Santiago during a point out at Glenmore and Sheridan on 12/4/92, at approximately 12:45 a.m. in the presence of P.O. Bonhag and Sgt. Maher.

POLICE NOTICFICATION:  Police Officer Bonhag observed defendant driving erratically on Crescent and gave chase to defendant.  After stopping defendant, C/W Santiago pulled up to scene of stop and told P.O. that defendant shot at him.

PROBABLE CAUSE/MEANS OF APPREHENSION:  Based on C/W's identification, defendant was placed under arrest.

PHYSICAL EVIDENCE:  Shotgun (sawed off) - Voucher #E894302.

ACTION TAKEN:
- Arrest authorized.
- ███████████████████████
- Charges:  120.25 - 2 counts
           265.03
           145.05
- Instructed P.O. to send shotgun to ballistics.
- ███████████████████████
- OOP for C/W Muniz and C/W Santiago, if necessary.

sfc
1/12/93

**DA-0341**

# INVESTIGATIVE REPORT

| BUREAU | ORIGIN | ORIGINAL BY ADA: | | DATE: |
|---|---|---|---|---|
| ___ HOM. | _X_ RIDE | | | |
| ___ SEX. | ___ OFFICE | | | |
| _X_ INV. | ___ NOTIFICATION | DODSON | | 12/4/1992 |
| ___ CAC | | | | |
| ___ SCHOOL | | | | |
| ___ ARSON | GJ DATE: 12/8/1992 | FOLLOW-UP BY ADA: | | DATE: |
| ___ DV | | | | |
| ___ VEH. | | | | |
| ___ GANGS | FILE #: 21204.6 | | | |

## SUMMARY

_____
_____
_____
_____
_____
_____
_____

## CRIME INFORMATION

DATE: 12/4/1992                    TIME: 12:30 A.M.                    PCT: 75

PLACE: C/O CRESENT AND FULTON                                         UF61#: 26299

911 CALLED:   YES: ___   NO: _X_          IF YES, DATE: _____   TIME: _____

### DEFENDANT/SUSPECT INFORMATION (CIRCLE ONE) :

NAME: DAVID SANCHEZ _____ DOB: 11/12/1968 ___ NAME: _____ DOB: ___

Additional defendants:     YES: ___   NO: _X_

### DECEASED/COMPLAINANT INFORMATION (CIRCLE ONE) :

NAME: CYNTHIA MUNIZ _____ DOB: ▮▮▮▮▮ NAME: JAVIER SANTIAGO ___ DOB: ▮▮▮▮▮

Additional complainants:     YES: ___   NO: _X_

### WEAPON INFORMATION :

WEAPON USED:         YES: _X_   NO: ___          DESCRIPTION: SAWED-OFF SHOTGUN

WEAPON RECOVERED:   YES: _X_   NO: ___          VOUCHER #: _____

## POLICE INFORMATION

| | | NAME | TAX | SHIELD | COMMAND |
|---|---|---|---|---|---|
| PCT DETECTIVE: | | | | | |

DA-0342

# INVESTIGATIVE REPORT

FILE #: 21204.6

## DEFENDANT / SUSPECT INFORMATION

1.  (DEF)

NAME:  DAVID  SANCHEZ

AGE: _____     DOB: _11/12/1968_

ADDR.: _1314 BLAKE AVENUE_ _____ ,APT.#: _____

CITY: _BROOKLYN_ _____     STATE: _NY_ _____     ZIP CODE: _____

TEL.#: _____     BEEP.#: _____

VIDEO: __ YES  _x_ NO     VIDEO #: _____

AUDIO: _x_ YES  __ NO     AUDIO #: _R920824_ _____

STATUS OF DEF:     __ ARREST AUTHORIZED     _X_ IN CUSTODY     __ UNAPPREHENDED     __ ID UNKNOWN

ARR. #: _____     ARR. DATE: _12/4/1992_     ARR. TIME: _12:37_     G.J. DATE: _12/8/1992_

PRIOR CRIMINAL HISTORY:     __ YES  __ NO

IF YES  EXPLAIN: _____
_____
_____
_____
_____

**DA-0343**

# INVESTIGATIVE REPORT

FILE #:  21204.6

## DECEASED / COMPLAINANT INFORMATION

1.   **(CW)**          VIDEOTAPE #: _____          AUDIOTAPE #: _____

NAME:   CYNTHIA  MUNIZ _____          AGE:  20 _____          DOB:  ████████

ADDR.:  ██████████████ _____          APT.#:  ████ _____

CITY:  ████████ _____          STATE:  ██          ZIP CODE: _____

TEL.#: _____          BEEP.#: _____

ID DEF.:  X  YES     __ NO          __ POINT-OUT     __ PHOTO     __ LINE-UP     __ SHOW-UP     __ SHOW-UP

**CONDITION:**

DECEASED    __ YES   X  NO          __ RMA                __ T&R                __ ADMITTED

HOSPITAL    __ YES   X  NO          HOSPITAL NAME: _____

DOCTOR      __ YES   X  NO          DOCTOR'S NAME: _____

DIAGNOSIS: _____

**CONTACT:**     ( N / A if deceased )

SSN:  ██████████ _____          WEL. #: _____          OFFICE: _____

SCHOOL / EMP. NAME: _____          TEL.#: _____

SCHOOL / EMP. ADDRESS: _____

          CITY: _____          STATE: _____     ZIP CODE: _____

2ND CONTACT:          JAVIER SANTIAGO _____          TEL.#:  ████████████

2ND CONTACT ADDRESS:  ████████████ _____

          CITY:  ████████ _____          STATE:  ██ ____     ZIP CODE: _____

**DA-0344**

# ON LINE BOOKING SYSTEM ARREST WORKSHEET
PD 244-159 (Rev. 2-92)-H1

Det. VeTRANo

Arrest ID: 1054

| C.C.I.U. NTFD. | C.C.I.U. LOG NO. | Felony Case Development Classification: |
|---|---|---|
| ☐ YES ☑ NO | 25210 | ☐ A ☐ B ☐ C ☐ D |

## ARRESTING OFFICER INFORMATION

1. Tax Reg. No. **896233** — Name (Last, First, M.I.) **DONHAG FRED J.** — Rank **PO** — Command **075**
2. Shield No. **20807** — Social Security No. (If Not NYPD) — On Duty? ☑ Yes ☐ No — In Uniform? ☑ Yes ☐ No — Injured? ☐ Yes ☑ No
3. Used Force? ☐ Yes ☑ No — Type: A ☐ Handgun  B ☐ Physical Force  C ☐ Chemical Agent  D ☐ Nightstick, Blunt Instrument  E ☐ Firearm  Z ☐ Other
4. Reason Force Used: A ☐ Overcome Assault  B ☐ Restrain  C ☐ Prevent Escape  Z ☐ Other
5. Officer Assigned ☐ Yes ☑ No — Arresting Officer's Dept. **00** — Precinct of Arrest **075**

## DEFENDANT INFORMATION

6. Last Name **SANCHEZ** — First Name **DAVID** — M.I. —
7. Race: W ☐ White  B ☐ Black  ☑ White-Hispanic  P ☐ Black-Hispanic  C ☐ Chinese  J ☐ Japanese  I ☐ American Indian  O ☐ Oriental  Z ☐ Other
8. Sex: ☑ Male ☐ Female — Age **23** — Date of Birth **1/12/68** — No. Associates Also Arrested **00**

## CHARGES INFORMATION

| | ATTEMPT? | LAW | SECTION | SUB. | CLS. | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|---|---|
| Top Chg. | ☐ Yes ☐ No | PL | 125.25 | A | F | 2 | Atto. MuRdeR 2° |
| 2nd Chg. | ☐ Yes ☑ No | PL | 265.03(4) | C | F | 1 | CRIM. POSS. FIREARM 2° |
| 3rd Chg. | ☐ Yes ☑ No | PL | 265.09(2) | B | F | 2 | CRIM USe FIREARM 1° |
| 4th Chg. | ☐ Yes ☑ No | PL | 145.00 | A | M | 1 | CRIM MIS 4° |
| 5th Chg. | ☐ Yes ☐ No | | | | | | |

10. Occurrence: Time **0025** — Date **12/4/92** — Specific Location **c/o Crescent/Fulton Av.**
11. Narrative: **AT TPo, Above perp. did Fire "one" shot AT Comp. Striking comp. veh.: MoM**
11a. Defendant's Firearm — At either time of offense or time of arrest (Check Appropriate Box) **16221542N**
A ☐ None/Unknown  B ☐ Possessed  C ☐ Displayed  D ☑ Discharged

## DEFENDANT INFORMATION

12. Aka/Nickname **Tou** — Citizen? ☐ Yes ☐ No — State/Country of Birth **N.Y.** — Social Security Number **UNK.**
13. Resident Precinct **075** or 1 ☐ Other in N.Y.C.  2 ☐ N.Y. State  3 ☐ Other State  4 ☐ No Home
14. Address (Include City, State, Zip) **314 BLAKE Av. BKlyn N.Y.** — Apt. No. — Home Telephone No. **None**
15. Skin Tone: L ☐ Light  M ☑ Med.  D ☐ Dark — Height **5'8"** — Weight **160** — Eye Color **BR** — Hair Color **BK**
16. Social Status **S** — Deft. Related to Victim As **None** — Living Together 1 ☐ Yes 2 ☑ No
17. Physical Condition **01** — Type Drug Used **00**
18. Occupation **00** — License/Permit Type (Exc. Driver's License) — License/Permit No.
19. Telephone Calls 1. **Ref.** — Name — 2. — Name

## ARREST INFORMATION

20. Time **0037** — Date **12,04,92** — Weapon Poss./Used (Type) **E**
21. Arrest Location **c/o Sheridan/Glenmore** — DAT? ☐ Yes ☑ No — Return Date — A/O Excused? ☐ Yes ☑ No
22. Assoc. Arrests Numbers 1. — 2. — 3.

## PROPERTY VOUCHER INFORMATION

| | Number | Command | Value | Type |
|---|---|---|---|---|
| 23. | 1. E814302 | 075 | 59 | 22☐Drugs  54☐Veh.  56☐Curr.  55☑Firearm  57☐Jwlry.  36☐Boat  97☐Other |
| | 2. A620951 | 075 | 54 | 22☐Drugs  54☑Veh.  56☐Curr.  59☐Firearm  57☐Jwlry.  36☐Boat  97☐Other |
| | 3. Number | Command | Value | 22☐Drugs  54☐Veh.  56☐Curr.  59☐Firearm  57☐Jwlry.  36☐Boat  97☐Other |

## COMPLAINANT DATA

24. Is Comp A Corp.? ☐ Yes ☑ No — or PSNY? ☐ Yes ☑ No — or Disabled? ☐ Yes ☑ No — Total Victims **02**
25. Name **SANTIAGO, JAVIER** — Sex ☑ Male ☐ Female ☐ N/A — Race **H** — Age
26. Address [redacted] — Home Telephone Number [redacted]
27. Aided No. — Command — **DA-0345** Incident No. — Command

| 11a. | Defendant's Firearm – At either time of offense or time of arrest (Check Appropriate Box) A □ None/Unknown  B □ Possessed  C □ Displayed  D □ Discharged | 16221542 N |

**DEFENDANT INFORMATION**

| 12. | Aka/Nickname None | Citizen? ☒ Yes □ No | State/Country of Birth N.Y. | Social Security Number UNK. |
| 13. | Resident Precinct 075 | or 1 □ Other in N.Y.C.  2 □ N.Y. State  3 □ Other State  4 □ No Home |
| 14. | Address (Include City, State, Zip) 1314 BLAKE Av. Bklyn N.Y. | Apt. No. | Home Telephone No. ( ) None |
| 15. | Skin Tone L □ Light M ☒ Med. D □ Dark | Height 5 8 | Weight 160 | Eye Color BR | Hair Color BK |
| 16. | Social Status S | Deft. Related to Victim As None | Living Together 1 □ Yes 2 ☒ No |
| 17. | Physical Condition 01 | Type Drug Used 00 |
| 18. | Occupation 90 | License/Permit Type (Exc. Driver's License) | License/Permit No. |
| 19. | Telephone Calls Ref. | Name 1. ( ) | Name 2. ( ) |

**ARREST INFORMATION**

| 20. | Time 0037 | Date 12.04.92 | Weapon Poss./Used (Type) E |
| 21. | Arrest Location C/O Sheridan/Glenmore | DAT? □ Yes ☒ No | Return Date | A/O Excused? □ Yes ☒ No |
| 22. | Assoc. Arrests Numbers 1. | 2. | 3. |

**PROPERTY VOUCHER INFORMATION**

| 23. | Number 1. E 094302 | Command 075 | Value — 59 | Type 22□Drugs 54□Veh. 56□Curr. 59☒Firearm 57□Jwlry. 36□Boat 97□Other |
| | Number 2. A620951 | Command 075 | Value — 54 | Type 22□Drugs 54☒Veh. 56□Curr. 59□Firearm 57□Jwlry. 36□Boat 97□Other |
| | Number 3. | Command | Value | Type 22□Drugs 54□Veh. 56□Curr. 59□Firearm 57□Jwlry. 36□Boat 97□Other |

**COMPLAINANT DATA**

| 24. | Is Comp A Corp.? □ Yes ☒ No | or PSNY? □ Yes ☒ No | or Disabled? □ Yes ☒ No | Total Victims 02 |
| 25. | Name SANTIAGO JAVIER | Sex ☒ Male □ Female □ N/A | Race H | Age |
| 26. | Address | Home Telephone Number |
| 27. | Aided No. | Command | Accident No. | Command |
| 28. | Complaint No. 26299 | Precinct 075 | Sec. | Jurisdiction of Complaint 00 |

**NATURE OF CRIME/METHOD (FOR TOP CHARGE) - SEE REVERSE FOR OTHER SELECTION POSSIBILITIES**

| 29. | Robbery 5 □ Purse Snatch  3 □ Payroll  1 □ Neck Chain  V □ Hijack  D □ Bicycle  Z □ Other |
| | Larceny B □ of Vehicle  6 □ Shoplifting  9 □ Veh. Accessories  □ Other Selection (Specify): |
| | Drugs L □ Crack  G □ Opium Deriv.  I □ Synthetic  2 □ Other Cocaine  7 Other Drug |
| | Other Crimes (Specify As Indicated On Reverse Side): B |

| 30. | Premises Type 13 □ Comm.  12 □ Resid.  33 □ Bank  09 □ Street  32 □ Truck  05 □ Church  04 □ Cemetery  □ (Specify): | Other Selection AUTO 90 |

**ARRESTING OFFICER INFORMATION**

| 31. | Chart A | Squad 2 | Primary Assignment (Check Appropriate Box) 5 □ Beat Officer  1 ☒ Other Uniform  2 □ Anti-Crime  3 □ Investigatory  4 □ Other |

**JUVENILE INFORMATION**

| 32. | Gang | School | Mother's Maiden Name |
| 33. | Number Priors | Relative Notified: N/A | Time Notified |

**ADDITIONAL DEFENDANT INFORMATION FOR PHOTOGRAPHABLE ARRESTS**

| 34. | If Vehicle  Make Was Used: | Color | Year |

**PHYSICAL DESCRIPTION (Check Features that are Distinctive, Unique, Unusual or Prominent)**

| 35. | ☒ Beard GO-TEE ☒ Mustache □ Sideburns □ Wig/Hair Dyed | □ Part Bald □ Glasses □ Unusual Eyes □ Pocked Face | □ Pimpled Face □ Freckled Face □ Unusual Ears/Hearing Aid □ Unusual Nose | □ Unusual Teeth □ Limp or Foot/Leg Missing/Deformed □ Arm/Hand Missing □ Left Handed |
| 36. | Facial Complexion | CL |
| 37. | Hair ST □ Straight  CR □ Crew  PR □ Processed  CU □ Curly  KY ☒ Kinky  AF □ Afro  DL □ Dread Locks  NH □ No Hair  BR □ Braids  PP □ Corn Row  ZZ □ Other |
| 38. | Hair Length S □ Short  N ☒ Normal  L □ Long |
| 39. | First Body Mark 1 □ Scars  2 □ Birthmarks  4 □ Word Tattoo  3 □ Picture Tattoo  5 □ Tattoo with Both  9 □ Marks of Unk. Origin  8 □ Other |
| | Second Body Mark 1 □ Scars  2 □ Birthmarks  4 □ Word Tattoo  3 □ Picture Tattoo  5 □ Tattoo with Both  9 □ Marks of Unk. Origin  8 □ Other |
| | First Mark Location 1□Face  2□Neck  3□Torso  4□Arm  5□Hand  6□Leg  9□Unk. | Second Mark Location 1□Face  2□Neck  3□Torso  4□Arm  5□Hand  6□Leg  9□Unk. |
| 40. | Impersonated □ Police Officer  □ Female  □ Other | Other Identifying Data □ Team Member  □ Gang Member |

OFFICE OF THE
**District Attorney**
KINGS COUNTY

75 - Rel

EARLY CASE ASSESSMENT BUREAU DATA SHEET

ECAB NO. 65421
(Arrest No.)

CCIu hot

DOCKET NO(s).

DEFENDANT __SANchez, DAvid__ M/23

DATE __12-4-92__     ECAB ASSISTANT __Hunte__

ARREST CHARGES __110/ 125-25  265.03  265.09  145.00__

COMPLAINT CHARGES __120.25(2)  265.03  145.05__
(Including Subdivisions)

ECAB CODE     A     (B)     C     D     E     *

C/W IN ECAB? YES__ NO__ TEL. INTERVIEW? YES__ NO__ GRAND JURY DATE __12/8__

TYPE OF PO IN ECAB: N/O__ ASSIGNED__ DET.__     180.80 DATE __12/9__

CASE RIDDEN? YES__ NO__ ASSISTANT__     BAIL REC. $ __OOP.__

DATE OF OCCURRENCE __12.9.92__ TIME __12:25 AM__ LOCATION __C/o Crescent/Fulton__

DATE OF ARREST __"__ TIME OF ARREST __12:37 AM__ c/o Sheridan/Glenmore

DELAY IN REPORT OF CRIME? YES__ NO__ IF SO, WHY__

INSTRUCTIONS AND EVALUATION: "Reckless Endg    Shotgun fired NO INJ

Cws 1 & 2 State they dont (Cnw) Δ.
Cws 1 & 2 were driving in a car when Δ
fired a shotgun at them from the car. Δ was
damage to cws car hood & car - NO INJURY,
Cw pursues Δ w/in Δs vehical. A/o sees
Δ driving erratically, A/o stops Δ, Cw arrives on
scene & points out Δ. A/o retraces Δs path
and recovers a shotgun inside the buck of a car w/ broken
rear window, Spent still in it.

HOW WAS DEFENDANT TAKEN INTO CUSTODY? ____
PROCEDURES: Shotgun h.d Spent still in it - Saved OPP.
STATEMENT OF DEFENDANT:   YES ✓   NO__   VIDEO: YES ✓   NO__
SUBSTANCE: A claim Cw pointed a gun at him
and he fled and was stopped by 4 A/O

IDENTIFICATION: Point out
PROPERTY RECOVERED: Shotgun
HAVE ALL POLICE REPORTS (Including memo book entries) BEEN COPIED? ____

COUNTY OF KINGS

-----------------------------------X

THE PEOPLE OF THE STATE OF NEW YORK

OFFICE OF THE
**District Attorney**
CHARLES J. HYNES
DISTRICT ATTORNEY

-against-

1. David Sanchez                    Docket/Indictment#_____

2. _____          Docket/Indictment#_____

Defendant(s)
-----------------------------------X

Form prepared by: Dodson / Lombardi        Date: 12/4/92

Form served by: _____ /Upon: _____ Date: _____

## NOTICES

I.(A) PLEASE TAKE NOTICE that, pursuant to CPL 240.20(1)(a), statements in the form noted below were made by the defendant or by a co-defendant to be tried jointly, other than in the course of the criminal transaction, to a public servant engaged in law enforcement activity or to a person then acting under the direction or in cooperation with such public servant.

|  | Def.# | Date | Time | Place | Person to Whom Made |
|---|---|---|---|---|---|
| 1. Written: | (a)___ | | | | |
| | (b)___ | | | | |
| 2. Stenographic: | (a)___ | | | | |
| | (b)___ | | | | |
| 3. Audio tape: | (a)___ | | | | |
| | (b)___ | | | | |
| 4. Video tape: | (a)___ | | | | |
| | (b)___ | | | | |
| 5. Oral Statements: | (a) X | 12/4/92 @ 12:34 Am | c/o Sheridan + Glenmore | A/O Bonho |
| | (b) X | 12/4/92 @ 8:05 Pm | 81 Pct. | (video) ADA Dodson |
| | (c) X | 12/4/92 @ 8:10 Pm | 81 Pct (q) | A/O Bonhaq + |

Substance of oral statement (Specify defendant #): That guy in that car shot at me (b) The guy pointed a gun at me (c) You didn't see me throw the gun did you.

(B) PLEASE TAKE FURTHER NOTICE that, pursuant to CPL 710.30(1)(a), the People intend to offer evidence of the above statement(s) of the defendant(s) on the People's direct case at the trial of this action, except for the statements specified above in paragraph(s)_____.

(C) A transcript of any stenographically recorded statement or a copy of any written statement are either appended or will be made available to counsel at a mutually convenient time. A copy of any electronically recorded statement will be provided counsel following receipt of an appropriate blank type cartridge.

**DA-0348**

ECAB-22a

**Complaint Report**
PD 313-152 (Rev. 8-91)-H1

| Additional Copies For | 1 Jurisdiction 3 | 9 Pct. of Report | O.C.C.B. No. | 12 Complaint No. | File No. | PAGE ____ OF ____ PAGES |
|---|---|---|---|---|---|---|

14 PERP 1

| Military Time and Date of This Report | Time | 17 Date | Occurrence on or From | 23 Time | 27 Date | Day of Week | Occurrence Through | Time | Date | 33 |
|---|---|---|---|---|---|---|---|---|---|---|

PERP 2

| Offense(s) if Any | | P.L. Section | If fire related, was structure: ☐ Occupied ☐ Vacant | If burglary, was entry forced? ☐ Yes ☐ No ☐ Attempt |
|---|---|---|---|---|

15 PERP 1

**1  Victim**

| Last Name, First, M.I. | Address, include City, State, Zip | Apt. No. |
|---|---|---|

PERP 2

| Home Telephone | Business Telephone | Actions of Victim Prior to Robbery, Larceny or Sex Crimes | Aided/Acc. No. |
|---|---|---|---|

| 34 Victim's Sex 1-Male 2-Female 3-Corp. 4-State | 35 Age 99 Date of Birth | 37 Victim's Race 1-White 2-Black 3-Amer. Ind. 4-Asiatic 5-Hisp./White 6-Hisp./Black | 37A Living Together? 1-Yes 2-No | 38 Can Identify? 0-If No. If yes, decide if victim states perp. is 1-Spouse 2-Common Law 3-Child | 6-Friend 7-Stranger 8-Other Guardian 5-Other Relative | 38A Victim Was: 1. Shot 2. Stabbed 3. Both | 39 Comp. Rec'vd 1-Radio 2-Walk-in 3-Phone 4-Written 5-Pick-up | Will View Photo? ☐ Yes ☐ No ☐ Unknown Will Prosecute? ☐ Yes ☐ No ☐ Unknown |
|---|---|---|---|---|---|---|---|---|

16 CHOICE 1

**Reporter/ Witness**

| Reporter | Witness | Last Name, First | | Address, include City, State, Zip | Apt. No. |
|---|---|---|---|---|---|

CHOICE 2

| Home Telephone | Business Telephone | Position / Relationship | Sex | Race | Date of Birth | Age |
|---|---|---|---|---|---|---|

**2**

| Type of Location (Specific) | 40 | Address / Location of Occurrence | 41 Sector / Beat / Post of Occ. | 44 Visible by Patrol ☐ 1 Yes ☐ 2 No |
|---|---|---|---|---|

17 CHOICE 1

| 45 | 48 | 49 | 50 | 51 | 52 | 53 Pct of Arrest | 56 Arrest No.'s | 61 Rep. Ag'cy Code | PDU Case No. |
|---|---|---|---|---|---|---|---|---|---|

CHOICE 2

| Evidence | Voucher No. | Case Status ☐ Open ☐ Closed | Unit Referred To | Log No. |
|---|---|---|---|---|

**3  Vehicle**

| Plate ☐ Lost ☐ Stolen | License No. | State | Exp. | Type | No. of Plates | Vin No. |
|---|---|---|---|---|---|---|

18 CHOICE 1

| Year | Make | Model | Style | Color | Value | Ins. Code | Policy No. | Larceny of Motor Vehicle Only P-Parking Lot Q-Public Garage J-Street M-Other |
|---|---|---|---|---|---|---|---|---|

CHOICE 2

| Voucher No. | Vehicle was ☐ Used in Crime ☐ Stolen | Alarm No. | Pct. | Time | Date |
|---|---|---|---|---|---|

**4 PERP 1**

| LOST ☐ | STOLEN ☐ | If stolen, was property ☐ Business ☐ Personal ☐ Both | Owner Identification No. |
|---|---|---|---|

**Property Summary**

| Quantity | Article | Description—Brand, Model, Serial No. | Item | 64 | 66 Value Stolen | 72 Value Recovered |
|---|---|---|---|---|---|---|
| | | | Motor Vehicle Stolen-Rec'vd | 01 | | |
| | | | M.V. Rec'vd By Or For Other Auth | 02 | | |
| | | | Currency | 04 | | |
| | | | Jewelry | 05 | | |
| | | | Furs, Clothing | 06 | | |
| | | | Firearms | 07 | | |
| | | | Office Equip. | 08 | | |
| | | | TV's Radio Cameras | 09 | | |
| | | | Household Goods | 10 | | |
| | | | Consumables | 11 | | |
| | | | Misc. | 13 | | |

19 CHOICE 1 / CHOICE 2 / 20 PERP 1 / PERP 2 / 21 PERP 1 / PERP 2

**Perpetrators**

| Total No. of Perpetrators | Wanted | Arrested | Weapon ☐ Used ☐ Possessed | Describe Weapon (If firearm, give color, make, calibre, type, model, etc.) |
|---|---|---|---|---|

**Perp. No. 1**

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct. |
|---|---|---|---|---|---|

| Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | Accent |
|---|---|---|---|---|---|---|---|---|---|---|

| ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details") |
|---|---|

**Perp. No. 2**

| Wanted ☐ | Arrested ☐ | Last Name, First, M.I. | Address, Include City, State, Zip | Apt. No. | Res. Pct. |
|---|---|---|---|---|---|

| Sex | Race | Date of Birth | Age | Height Ft. In. | Weight | Eye Color | Hair Color | Hair Length | Facial Hair | Accent |
|---|---|---|---|---|---|---|---|---|---|---|

| ☐ Eyeglasses ☐ Sunglasses Nickname, First Name, Alias | Clothing Description, Scars, Marks, M.O., Etc. (Continue In "Details") |
|---|---|

List Additional Victims & Witnesses — Reconstruct Occurrence including Method of Entry & Escape — Inlcude Unique or Unusual Actions

**DA-0349**



**REQUEST FOR LABORATORY EXAMINATION**
PD 521-161 (Rev. 9-89)-95
(See instructions on last copy)

**POLICE DEPARTMENT**
CITY OF NEW YORK

| INVESTIGATING/ARRESTING OFFICER (Print) | TAX REG. No | COMMAND | COMP./CASE No. | PCT. | PROP. CLK. INV. No. |
|---|---|---|---|---|---|
| Rank  Name (Surname, First, M.I.) PO BONHAG, FRED | 896233 | 875 | 26299 | 075 | E894302 |

| OFFENSES Att. Murder | COMPLAINANT (Name) SANTIAGO, JAVIER | |
|---|---|---|

| DATE/TIME OF OCCURRENCE 12/4/92  0025 | ADDRESS OF OCCURRENCE c/o Crescent St/Fulton Av. | TYPE OF PREMISES |
|---|---|---|

**DEFENDANT/SUSPECT**

| Name SANCHEZ, DAVID | Arrest No | Pct. | NYSID No. | Sex M | Color H | Age 23 | Height 5'8" | Weight 160/s |
|---|---|---|---|---|---|---|---|---|

**DETAILS OF OFFENSE** (Include Relationship of Evidence to Case. When necessary, include physical description of complainant.)

AT TPO, DEFT FIRED "ONE" SHOT FROM BELOW WEAPON AT COMP. WHILE COMP WAS SITTING IN A VEH.

**EVIDENCE SUBMITTED**

| Item No. | Description | Ident. Marks | Where Obtained |
|---|---|---|---|
| 1 | 12 Gauge Mossberg Sawed-Off Shotgun | Lead Seal # 703262 | In Vehicle |
| 2 | 12 Gauge Remington Spent Shotgun Shell | INFt.F.B. | In Gun |

**TYPE EXAMINATION REQUESTED** (Purpose of Request)

Ballistic

**HAS OTHER EVIDENCE IN THIS CASE BEEN PREVIOUSLY SUBMITTED?**  ☐ Yes  ☒ No
Check section and give case no., if known.

☐ Lab Case No. _____  ☐ Crime Scene No. _____  ☐ Ballistics Unit No. _____  ☐ Bomb Squad No. _____

**IS THERE A PREVIOUS CASE WHERE EVIDENCE CAN BE COMPARED WITH THIS CASE?**

☐ Yes ☒ No    If Yes, Complaint No. _____  Pct. _____  Lab. Number(s) _____

**REMARKS:** (Any Information That May Aid in Analysis)

| | MEMBER SUBMITTING EVIDENCE | | |
|---|---|---|---|
| | Rank PO  Name BONHAG | Tax Reg. No. 896233 | Cmd. 075 |

**LABORATORY USE ONLY**

**DA-0350**

**ARREST DOCUMENTATION CHECKLIST**
Misc. 3905-A (6-91)-h2

_____ OF _____

**B.C.A.P.S.**

Arrest No(s).: 1. _65421_  2. _____  3. _____

Defendant(s) Name: 1. _Sanchez David_ 2. _____  3. _____

| DOCUMENT REQUIRED | | DOCUMENTS RECEIVED | |
|---|---|---|---|
| YES | NO | | |
| ☐ | ☐ | ☐ | OLB Arrest Worksheet/Report (PD 244-159) |
| ☐ | ☐ | ☐ | Complaint Report Worksheet (PD 313-1521) |
| ☐ | ☐ | ☐ | Aided Card (both sides) (PD 304-152) |
| ☐ | ☐ | ☐ | Activity Log Entries (PD 112-145) |
| ☐ | ☐ | ☐ | Property Clerk Invoice (PD 521-141) District Attorney Copy (PD 571-147-Auto) |
| ☐ | ☐ | ☐ | Request for Lab Exam Controlled Substance (PD 521-162) |
| ☐ | ☐ | ☐ | Request for Lab Exam (PD 521-161) |
| ☐ | ☐ | ☐ | Sprint Incident Inquiry (from SPRINT) |
| ☐ | ☐ | ☐ | Supporting Deposition (PD 244-060) |
| ☐ | ☐ | ☐ | Stop and Frisk Report (PD 344-151) |
| ☐ | ☐ | ☐ | O.C.C.B. Buy Report (PD 321-152) |
| ☐ | ☐ | ☐ | Order of Protection |
| ☐ | ☐ | ☐ | Court Affidavit # _____ |
| ☐ | ☐ | ☐ | Crime Report |
| ☐ | ☐ | ☐ | Court Forms |
| ☐ | ☐ | ☐ | Other _____ |

| A.O. RANK | A.O. LAST NAME | FIRST NAME | SHIELD | TAX NO. | COMMAND |
|---|---|---|---|---|---|
| | | | | | |

| D.O. RANK | D.O. LAST NAME | FIRST NAME | SHIELD | TAX NO. | COMMAND |
|---|---|---|---|---|---|
| | | | | | |

rose001
3/18/91

District Attorney Received   Date _____   Time _____

**DA-0351**

  

# PROPERTY CLERK'S INVOICE

PD 521-141-(Rev. 1-91)-h2

*Check only one of the below categories.*

**E 894302**

☒ ARREST EVIDENCE ☐ DECEDENT'S PROPERTY ☐ FOUND PROPERTY
☐ INVESTIGATORY ☐ PEDDLER PROPERTY ☐ OTHER

DATE PREPARED: 12/4 19 92 PCT. 75

| Arresting/Assigned Officer | | Rank | Shield No. | Tax Reg. No. | | Command |
|---|---|---|---|---|---|---|
| Bonhag, Fred | | PO | 28807 | 896233 | | 75 |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|---|
| Sanchez | David | 23 | 1314 Blake Ave | | | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 12/4/92 | | Att Murder | x | ☐ | ☐ | ☐ | 26299 |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A/O | | |

| Owner's Name (See Instructions) | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| | | |

| Complainant's Name | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| Javier, Santiago | | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency only | | DISPOSITION *(For Property Clerk's Use Only)* | AND DATE |
|---|---|---|---|---|---|---|
| 1 | 1 | Sawed-Off "Mossberg" 12 Gauge Shotgun Model#195K-A Lead Seal #703262 Int FB | | | | |
| 2 | 1 | Remington 12 Gauge Spent Shotgun Shell int F.B. | | | | |
| | | Above is a complete list of property vouchered | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | TOTAL | | | |

Additional Invoice Nos. Related to this Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**R.T.O.**

| Owner/Claimant's Signature | | Date | Time | Property Clerk Storage Location |
|---|---|---|---|---|

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

At t/p/o above was used in an attempted murder arrest, evid env# 128397

| Rank and Signature of Desk Officer | Shield No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|

Property Clerk's Signature

**E 894302**

DISTRIBUTION: WHITE - Prop. Clk. File,     SECOND - Dept. Inventory Unit Copy,     YELLOW - Prop. Clk. Work Copy,
BLUE - Police Officer's Copy,     GREEN - Evidence Release/Investigation Copy,     PINK - Prisoner/Finder Receipt Copy

DAO 0352




# PROPERTY CLERK'S INVOICE

PD 521-141-(Rev. 1-91)-h2

*Check only one of the below categories.*

# E 894306

☑ ARREST EVIDENCE    ☐ DECEDENT'S PROPERTY    ☐ FOUND PROPERTY

☐ INVESTIGATORY    ☐ PEDDLER PROPERTY    ☐ OTHER

**DATE PREPARED:** 12/4    19 92    **PCT.** 75

| Arresting/Assigned Officer | Rank | Shield No. | Tax Reg. No. | Command |
|---|---|---|---|---|
| Bonhag | PO | 28807 | 896233 | 75 |

| Prisoner's Last Name | First | Age | Address (Include City, State, Zip Code, Apt.) | No. of Prisoners | Acc./Aided # |
|---|---|---|---|---|---|
| Sanchez | David | 23 | 1314 Blake Ave | 1 | |

| Date of Arrest | Arrest No. | Charge/Offense Under Investigation | Fel. | Misd. | J.D. | Viol. | Complaint No. |
|---|---|---|---|---|---|---|---|
| 12/4/92 | | Att Murder | ☒ | ☐ | ☐ | ☐ | 26299 |

| Finder of Property | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| A/O | | |

| Owner's Name (See Instructions) | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| | | |

| Complainant's Name | Address (Include City, State, Zip Code, Apt.) | Telephone No. |
|---|---|---|
| Santiago, Javier | ▇▇▇▇▇▇ | |

| ITEM NO. | QUANTITY | ARTICLE | CASH VALUE U.S. Currency only | DISPOSITION (For Property Clerk's Use Only) | AND DATE |
|---|---|---|---|---|---|
| 1 | 2 | Photographs Mrk F.B 1-2 | | | |
| | | Above is a complete list of property vouchered | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL | | |

Additional Invoice Nos. Related to this Case Including Motor Vehicles

Pink Receipt Copy of Voucher Issued ☐ Yes ☐ Refused

**R.T.O.**

| Owner/Claimant's Signature | Date | Time | Property Clerk Storage Location |
|---|---|---|---|
| | | | |

REMARKS: *Briefly explain why the property was taken into custody (see instructions on BACK OF BLUE COPY).*

At t/p/o above veh in connection with arrest sec env.#AA22974

| Rank and Signature of Desk Officer | Shield No. | Signature of Arresting/Assigned Officer | Boro Storage No. |
|---|---|---|---|
| | | | |

| PROPERTY ON THIS VOUCHER DELIVERED TO PROPERTY CLERK'S OFFICE BY: | Rank | Name | Command |
|---|---|---|---|
| | | | |

Property Clerk's Signature

# E 894306

DA 6353

DISTRIBUTION: WHITE - Prop. Clk. File,    SECOND WHITE - Inventory Unit Copy,    YELLOW - Prop. Clk. Work Copy,
BLUE - Police Officer's Copy,    GREEN - Evidence Release/Investigation Copy,    PINK - Prisoner/Finder Receipt Copy