

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVE STAVRIDIS**
*Senior Counsel*
phone: (212) 356-2387
fax: (212) 356-3509
email: sstavrid@law.nyc.gov

December 19, 2022

**VIA ECF**
Honorable Judge Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>Emmanuel Cooper v. City of New York, et al.</u>, 21 CV 4171 (ENV)(RER)

Your Honor:

I am an attorney in the Office of the Honorable Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants in the above-referenced matter. I write respectfully to set forth the City of New York's position with respect to plaintiff's motion *To Unseal Records of the Kings County District Attorney, Wilmer Hale, and The Innocence Project* (ECF Docket No. 40).

Upon due consideration, the City will *not* oppose plaintiff's motion seeking to unseal the records of Kings County District Attorney referenced in the motion.

I thank the Court for its consideration of the foregoing.

Respectfully submitted,

s/ *Steve Stavridis*

Steve Stavridis
*Senior Counsel*

cc:   **VIA ECF**
      All counsel of record